SANDERS PHILIPPI, S. EN C., ETC., DEMANDANTE Y APELANTE, *v.* VIUDA DE BAIGÉS E HIJOS, DEMANDADA Y APELADA.

APELACIÓN procedente de la Corte de Distrito de Mayagüez en pleito sobre cobro de dinero. Memorándum de costas.

No. 3132.—Resuelto en febrero 29, 1924.

MEMORÁNDUM DE COSTAS—TÉRMINO PARA RADICAR EL MEMORÁNDUM EN CASO DE ALLANAMIENTO—SENTENCIA CONSENTIDA.—Cuando una parte no muestra disposición a levantar cuestión litigiosa alguna, sino que por el contrario, como aquí sucede, explícitamente permite que se dicte sentencia contra ella, no hay un verdadero litigio y tampoco derecho de apelación, por lo que por regla general la parte favorecida por la sentencia con costas puede radicar su memorándum inmediatamente después de dictada la sentencia.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. García Méndez & García Méndez.*

Abogado de la apelada: *Sr. P. Baigés Gómez.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

El día 17 de enero de 1923 las partes de este pleito radicaron una estipulación por virtud de la cual los demandados convinieron en sustancia, en que si no llegaban a un

acuerdo con el demandante en o antes del 28 de enero, 1923, se dictaría sentencia a favor del demandante. De conformidad, en 25 de febrero de 1923 la corte dictó sentencia a favor del demandante. En febrero 27, 1923 el demandante archivó un memorándum de costas a que el demandado se opuso, pidiendo asimismo su eliminación, entre otras razones porque el mismo había sido radicado prematuramente. La corte estuvo de acuerdo con el demandado y eliminó el memorándum. El demandante apeló. El apelado no ha comparecido ni radicado alegato.

La Ley No. 15 de noviembre 19, 1917 dice lo siguiente: "La entrega de dicho memorándum se hará dentro de los diez días siguientes al en que haya vencido el término para apelar de la sentencia dictada en el caso de que no se hubiere apelado; si se hubiere apelado, la entrega se hará dentro de los diez días siguientes al en que se haya recibido en la corte sentenciadora en primera instancia aviso oficial de la resolución dictada en apelación en última instancia." En leyes anteriores la parte victoriosa con derecho a las costas estaba obligada a archivar su memorándum dentro de diez días de dictada sentencia final. Esto se creyó ser una inconveniencia y a veces una pérdida de tiempo, especialmente en caso de que la sentencia fuera revocada. La parte victoriosa puede y debe presentar su memorándum dentro de diez días después que la sentencia es firme. *Empresa Teatral Ponceña* v. *Municipio de Ponce,* 30 D. P. R. 539.

El apelante, sin embargo, insiste en que no había derecho de apelación por haber sido obtenida la sentencia por allanamiento y en que el memorándum podía ser archivado inmediatamente después de dictada la sentencia. Creemos que el apelante tiene razón. Cuando una parte no muestra disposición a levantar cuestión litigiosa alguna, sino que por el contrario, como aquí sucede, explícitamente permite que se dicte sentencia contra ella, no hay un verdadero litigio y

tampoco derecho de apelación. *Hibernia Savings and Loan Society* v. *Waymire,* 152 Cal. 286, 92 P. 645; Sutherland Code Pleading, vol. 2, p. 1107, sección 1687; 2 R. C. L. 59 y casos citados en la nota número 7, p. 60; 3 C. J. 604, sección 449; 3 C. J. 608, sección 453; 3 C. J. 546. Hay quizás algunas excepciones indicadas por las autoridades, como por ejemplo, cuando el allanamiento de la parte derrotada ha sido inducido por alguna actuación previa de la corte, como la desestimación de una excepción previa.

La orden apelada debe ser revocada.

*Revocada la orden apelada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Aldrey y Hutchison.

El Juez Asociado Sr. Franco Soto no intervino en la resolución de este caso.